# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 07-cr-02751-JLS |
|---|---|
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE AND RECALL ARREST WARRANT |
| v. | |
| ISMAEL JAMIE GOMEZ, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA pursuant to Fed. R. Crim. P. 48(a) and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice, and the arrest warrant be recalled.

IT IS SO ORDERED.

Dated: April 29, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge